# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**TIMOTHY HARDING,**

    **Plaintiff,**

v.                                    CASE NO. 4:13-cv-268-MW/CAS

**GREG PARKER,**

    **Defendant.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered the Magistrate's Report and Recommendation, ECF No. 15, filed September 9, 2013. This Court has also reviewed *de novo* Plaintiff's Objections to the Report and Recommendation, ECF No. 16, filed September 25, 2013. Upon consideration,

    IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the court's opinion. The Clerk shall enter judgment stating, "Plaintiff's amended complaint, ECF No. 5, is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §1915(e)(2)(B)(ii), (iii)."

1

The clerk shall close the file.

**SO ORDERED on September 30, 2013.**

**s/Mark E. Walker**
**United States District Judge**